Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Rd., Suite 211
Chula Vista, CA  91914
jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIREILL BEAUJARDIERE ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> WORLDWIDE ASSET ) <br> PURCHASING, LLC, a corporation; ) <br> and DOES 1 through 10 inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Case No.:  C 07-05478 EMC <br><br> **NOTICE OF DISMISSAL** |

NOTICE IS HEREBY GIVEN THAT:

Plaintiff dismisses the entire action with prejudice pursuant to Fed. Rule of Civ. Pro. 41(a)(1)(i).

DATED:  December 12, 2007

                                        ___/S/ Jeremy S. Golden_____
                                        Jeremy S. Golden
                                        Attorney for Plaintiff